IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| MOORE EQUIPMENT COMPANY, INC., )<br>      Plaintiff, )<br>vs. )<br>FERT HAUL, LLC, et. al., )<br>      Defendant. ) | Case No. 15-06030-CV-SJ-GAF |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

     **IT IS ORDERED AND ADJUDGED** that Plaintiff Moore Equipment Company, Inc.'s Motion for Default Judgment (Doc. # 14) is GRANTED.

     **IT IS FURTHER ORDERED AND ADJUDGED** pursuant to the rental agreements entered into between the parties, Plaintiff shall recover from Defendants, jointly and severally, damages in the amount of $171,267.48.

     **IT IS FURTHER ORDERED AND ADJUDGED** pursuant to 28 U.S.C. §§ 1920 and 1923, Plaintiffs shall recover from Defendants, jointly and severally, full costs in this action in the amount of $400.00.

     **IT IS FURTHER ORDERED AND ADJUDGED** pursuant to 28 U.S.C. § 1961, Plaintiffs shall recover from Defendants, jointly and severally, interest on the full amount of this Judgment, accruing from the date of this Order.

     **IT IS LASTLY ORDERED AND ADJUDGED** the Court shall maintain jurisdiction over this action for the purpose of enforcing this Judgment.

| | |
|---|---|
| November 10, 2015 | Paige Wymore-Wynn |
| Dated | Acting Clerk of Court |
| | |
| November 10, 2015 | /s/ Terri Moore |
| Entered | (by) Deputy Clerk |